

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00168-CR

| | | |
|---|---|---|
| ALBERT RAY FORD BACY AKA ALBERT RAY FORDBACY, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1526355D) |
| V. | § | August 28, 2019 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. The judgment is modified to indicate that the correct statute for the offense of which Bacy was convicted is Article 62.102(a) of the Texas Code of Criminal Procedure. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack